ATTORNEY GENERAL *v.* SHAW.

On Rehearing.

1. Attorney and Client—Disbarment—Appeal—Credibility of Witnesses.
    Determination of three circuit judges in disbarment proceeding, depending much upon the credibility of witnesses observed by them, is not disturbed by Supreme Court on appeal, under record presented.

2. Costs—Disbarment Proceedings.
    No costs are allowed on rehearing in disbarment proceedings on appeal from order entered by three circuit judges.

Appeal from Kent; Pugsley (Earl C.), George (Fred W.), and Sprague (Victor D.), JJ., presiding. Submitted July 9, 1937. (Docket No. 138, Calendar No. 39,512.) Decided September 1, 1937. Submitted on rehearing January 3, 1939. Decided July 6, 1939.

Petition by the Attorney General for the disbarment of Arthur F. Shaw. From order of disbarment, defendant appeals. Affirmed on rehearing.

*Arthur F. Shaw, in pro. per.*

On Rehearing.

Per Curiam.    On rehearing granted in this case, we have reviewed our opinions in 277 Mich. 187 and 281 Mich. 188, and also have examined the record. Respondent again stresses his services to the State of Michigan and to the nation in the world war. He

claims that he was convicted through perjured testimony; that at most, amidst the rush of business, he was guilty of an oversight or carelessness in his desire to obtain the maximum of funeral expenses under the compensation act for a very needy client. Much depends in the determination of the case on the credibility of the witnesses. The trial judges had an opportunity to see them, and we find no reason to disturb their decision.

The order of the trial court is affirmed, but without costs.

BUTZEL, C. J., and WIEST, BUSHNELL, SHARPE, CHANDLER, NORTH, and McALLISTER, JJ., concurred. POTTER, J., concurred in the result.